In re:  BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,

Debtors


Argonaut Insurance Company; Colony Insurance Company,

Appellants